# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GEORGE R. JOSEPH & DIANNE P. JOSEPH  Case Number: 06-72412
1361 W. DESERT DEW  SSN-xxx-xx-5478 & xxx-xx-9039
ORO VALLEY, AZ  85737

Case filed on: 12/19/2006
Plan Confirmed on: 4/6/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,320.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY HENRY REPAY | 2,774.00 | 2,774.00 | 470.93 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 470.93 | 0.00 |
| 007 | ALLIED INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CONSTITUTIONAL CASUALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GUYER & ENICHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ALLIANCE ONE RECEIVABLES MANAGEMENT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | AMERICAN FINANCIAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | R&B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | DENNIS A. BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | DIVERSIFIED SERVICES GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | AMERICAN FINANCIAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GEORGE R. JOSEPH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOME LOAN SERVICES INC | 3,249.29 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 3,332.79 | 3,135.00 | 263.07 | 503.01 |
|  | Total Secured | 6,582.08 | 3,135.00 | 263.07 | 503.01 |
| 002 | ILLINOIS TITLE LOANS, INC | 0.00 | 71.20 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AFFINITY4 | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ARTHUR DELGADO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 10,033.75 | 3,612.15 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE, INC | 1,188.50 | 427.86 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 464.33 | 167.16 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 400.38 | 144.14 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 624.74 | 224.91 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 750.99 | 270.36 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 616.14 | 221.81 | 0.00 | 0.00 |
| 021 | LVNV FUNDING LLC | 609.12 | 219.28 | 0.00 | 0.00 |
| 022 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ORTHOPEDIC REHAB SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD ORTHOPEDIC ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 624.18 | 224.70 | 0.00 | 0.00 |
| 034 | SWEDISH AMERICAN HOSPITAL | 1,648.53 | 593.47 | 0.00 | 0.00 |
| 037 | UNITED SHOCKWAVE THERAPIES MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | VEOLIA ENVIRONMENTAL SERVICES | 47.79 | 17.20 | 0.00 | 0.00 |
| 040 | PORTFOLIO RECOVERY ASSOCIATES | 1,130.41 | 406.95 | 0.00 | 0.00 |
| 042 | RJM ACQUISITIONS FUNDING LLC | 108.46 | 39.05 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE AGENCY INC | 1,417.85 | 510.43 | 0.00 | 0.00 |
| 044 | MUTUAL MANAGEMENT SERVICES | 18.75 | 6.75 | 0.00 | 0.00 |
|  | Total Unsecured | 19,683.92 | 7,157.42 | 0.00 | 0.00 |
|  | Grand Total: | 29,040.00 | 13,066.42 | 734.00 | 503.01 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $1,237.01 |
| Trustee Allowance: | $82.99 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008            By  /s/Heather M. Fagan